[No. 11476-7-III.   Division Three.   August 13, 1992.]

THE STATE OF WASHINGTON, *Appellant*, v. DAVID
LEROY BELISLE, *Respondent*.

Appeal from a judgment of the Superior Court for Ferry County, No. 90-1-00024-9, Fred L. Stewart, J., entered March 19, 1991. *Reversed* by unpublished opinion per Sweeney, J., concurred in by Munson and Webster, JJ.

[No. 11017-6-III.   Division Three.   August 13, 1992.]

KENNETH M. LEWIS, *Appellant*, v. ROGER E. CRANE,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 87-2-02343-0, William G. Luscher, J., entered July 23, 1990. *Affirmed in part, reversed in part, and remanded* by unpublished opinion per Thompson, J., concurred in by Shields, C.J., and Sweeney, J.

[No. 27007-9-I.   Division One.   August 17, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
A. DRAPER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-00293-1, Terrence A. Carroll, J., entered September 4, 1990. *Affirmed* by unpublished per curiam opinion.
Withdrawn September 5, 1992. See 67 Wn. App. 1020.